JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIRKO HOFFMAN, ) | Case No. CV 15-3724 FMO (ASx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| COUNTY OF LOS ANGELES, <u>et</u> <u>al.</u>, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

This action was tried by a jury in Courtroom 6D of the First Street Courthouse, United States District Court for the Central District of California, the Honorable Fernando M. Olguin, United States District Judge, presiding.  Plaintiff Mirko Hoffman ("plaintiff") appeared with attorneys Tristan Pelayes and Jacob Menicucci.  Defendants Ruben Rivera ("Rivera") and Maurizio Avola ("Avola") appeared with attorneys Douglas Day and Harold Becks.  Trial commenced on February 28, 2017, and the jury returned a unanimous verdict on March 3, 2017.  (<u>See</u> Dkt. 153, Special Verdict Form).  Accordingly, IT IS ADJUDGED as follows:

1.  As to plaintiff's claim of unreasonable search against Rivera, brought under 42 U.S.C. § 1983, the jury rendered a verdict finding that Rivera did not conduct an unreasonable search.

2.  As to plaintiff's claim of unlawful arrest against Rivera, brought under 42 U.S.C. § 1983, the jury rendered a verdict finding that Rivera effected an unlawful arrest.

3.  As to plaintiff's claim of excessive force against Rivera, brought under 42 U.S.C. § 1983, the jury rendered a verdict finding that Rivera did not use excessive force.

1   4.  As to plaintiff's claim for supervisory liability against Avola, brought under 42 U.S.C. §

2   1983, the jury rendered a verdict finding that Avola is not liable for the constitutional violation

3   committed by Rivera.

4   5.  As to plaintiff's prayer for compensatory damages, the jury rendered a verdict finding

5   that plaintiff shall recover one-hundred thousand dollars ($100,000.00) from Rivera in

6   compensatory damages.

7   6.  As to plaintiff's prayer for punitive damages against Rivera, the jury rendered a verdict

8   finding that plaintiff shall recover nine thousand dollars ($9,000.00) from Rivera in punitive

9   damages.

10  Dated this 6th day of March, 2017.

11

12                                                     /s/
                                          Fernando M. Olguin
13                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28