# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRKO HOFFMAN, | Case No. CV 15-3724 FMO (ASx) |
| Plaintiff, | |
| v. | |
| COUNTY OF LOS ANGELES, et al., | **JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |
| Defendants. | |

Pursuant to the Court's Order Re: Post-Trial Motions filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that defendant shall pay plaintiff Mirko Hoffman's attorney's fees in the amount of **$429,245.50** and statutory costs in the amount of **$8,472.05**.

Dated this 3rd day of January, 2018.

/s/
Fernando M. Olguin
United States District Judge