Dennis E. Wagner, Esq. (SBN: 99190)
Tristan G. Pelayes, Esq. (SBN: 206696)
Jacob P. Menicucci, Esq. (SBN: 305237
WAGNER & PELAYES, LLP1325 Spruce Street, Suite 200
Riverside, CA 92507
Tel: (951) 686-4800
Fax: (951) 686-4801

Attorneys for Plaintiff,
MIRKO HOFFMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRKO HOFFMAN<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; DEPUTY RIVERA (Employee Number 551902); SERGEANT THOMAS (Employee Number 487844); SERGEANT AVOLA (Employee Number 297056) and DOES 1 to 10, inclusive,<br><br>　　　　Defendant(s). | CASE NO.: CV 15-03724 FMO (ASx)<br><br>**JUDGMENT**<br><br>*[Filed concurrently w/ Stipulation]*<br><br>*Judge Fernando M. Olguin* |

　　On February 7, 2018, the parties filed a stipulation requesting a complete resolution of the total amount of the judgment and award of costs and attorneys'

1
_____
ORDER RE: STIPULATED JUDGMENT

fees, in the form of a judgment against the County of Los Angeles and Deputy Ruben Rivera, in the total amount of $537,717.55, inclusive of all damages, attorneys' fees and costs.

Pursuant to the stipulation by the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the plaintiff shall have and recover from the County of Los Angeles and Deputy Ruben Rivera the total sum of $537,717.55, said amount to be inclusive of all damages, attorneys' fees and costs.
2. That the County of Los Angeles shall pay the plaintiff, Mirko Hoffman and the firm Wagner & Pelayes, LLP, the sum of $100,000 and shall issue a separate payment to the law firm of Wagner & Pelayes, LLP, in the sum of $437,717.55.
3. Upon payment, the plaintiff shall file a notice with this court.
4. This court retains jurisdiction over this case until such time as the terms of this order have been completed.

**IT IS SO ORDERED.**

DATED: February 8, 2018

_____/s/_____
The Honorable Fernando M. Olguin
UNITED STATES DISTRICT JUDGE